**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: May 13, 2014**

_____

```
B14-00362                    FDE\rjs

             IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE SOUTHERN DISTRICT
                 WESTERN DIVISION - DAYTON

IN RE:                      )    CHAPTER 7
                            )
BRET A. VINEYARD            )    CASE NO. 14-30184
                            )
KELLIE R. VINEYARD          )    JUDGE LAWRENCE S WALTER
                            )
    Debtors                 )    ORDER FOR RELIEF FROM STAY
                            )    (DOCKET #16)
                            )
                            )    PROPERTY ADDRESS:
                            )    ** 191 Vine Street
                            )       Sabina, Ohio  45169
```

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, its successors and assigns ("JPMorgan Chase") **with respect to the collateral described on Exhibit "A" a copy of which is attached hereto.**

JPMorgan Chase has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Trustee, and all other necessary parties were served with the Motion and Notice of Motion in compliance with L.B.R. 9013-3. The notice period applicable to the underlying motion has passed and no party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to JPMorgan Chase, its successors, and assigns, **and the collateral**.

IT IS SO ORDERED.

SUBMITTED BY:


/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
Edward A. Bailey #0068073
Faye D. English #0075557
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
ebailey@reimerlaw.com

Copies to:
Default List

Clinton County Treasurer's Office
46 S. South Street
Wilmington, Ohio 45177

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

# # #

'EXHIBIT A'

SITUATE IN THE VILLAGE OF SABINA, COUNTY OF CLINTON AND STATE OF OHIO, BEING LOT #1 OF A SUBDIVISION OF LOT #3 AND PARTS OF LOTS #2 AND #4 OF E. A. NEWMAN'S SUBDIVISION BY WILLIAM D. CUSTIC, ET AL. AND FURTHER BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT AN IRON PIN IN THE SOUTHWESTERLY MARGIN OF VINE STREET AND NORTHEAST CORNER OF ORIGINAL LOT #3; THENCE WITH THE MARGIN OF VINE STREET S 43 DEG. 30' E 53.10 FEET TO AN IRON PIN CORNER OF LOT #2; THENCE WITH THE LINE OF LOT #2 S 46 DEG. 30' W 81.75 FEET TO AN IRON PIN IN THE LINE OF SARA R. GALLAHER; THENCE WITH GALLAHER'S LINE N 43 DEG. 30' W PASSING THE CORNER OF ORIGINAL LOT #3 AT 46.69 FEET, A DISTANCE OF 51.10 FEET TO AN IRON PIN CORNER OF EFFIE STARR, THENCE WITH HER LINE N 45 DEG. 04' E 81.77 FEET TO THE PLACE OF BEGINNING, CONTAINING 0.10 ACRE OF LAND, MORE OR LESS. SURVEY VOLUME 11, PAGE 573.

[redacted]